

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00011-CV

Ex Parte Douglas **KENNISON**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08929
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's July 7, 2016 judgment granting Douglas Kennison's petition for expunction of criminal records is REVERSED and judgment is RENDERED denying the petition for expunction. This appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(2)(A). All costs are taxed against Kennison. *See id*. 42.1(d).

SIGNED February 15, 2017.

_____
Karen Angelini, Justice